UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                          CASE NO. 3:21-mj-1089-MCR

JOHN ANDERSON
_____/

Defense Atty.: DANIEL K. HILBERT
ANDREW TAYLOR MORGAN
AUSA: FRANK MERRILL TALBOT, II

| JUDGE: | **Monte C. Richardson** **U.S. Magistrate Judge** | DATE AND TIME | February 26, 2021 2:33 PM – 2:56 PM 23 MINUTES |
|---|---|---|---|
| DEPUTY CLERK: | Sharon Spaulding | TAPE/REPORTER | Digital |
| INTERPRETER | None Required | PRETRIAL/PROBATION | JAMES HASKETT |

## CLERK'S MINUTES

**PROCEEDINGS: Detention Hearing**

Proffer by the Government.

Proffer by counsel for Defendant.

Court released Defendant on bond - $25,000.00 – SECURED – **ORDER SETTING CONDITIONS OF RELEASE TO ENTER**.  Court advised Defendant of next court appearance, which will be held on March 4, 2021 at 1:00 pm via Zoom.  The Courtroom Deputy will provide the link to counsel.

Defense counsel advised of Defendant's desire to waive his identity hearing.  The Court questioned Defendant regarding the waiver of hearing and found that he did so knowingly and voluntarily.  Counsel advise that the preliminary hearing will be taken up with the District of Columbia. **WAIVER OF RULE 5(c)(3) HEARINGS FILED IN OPEN COURT**.  **ORDER OF REMOVAL TO ENTER**.

Court ordered the United States to produce Brady material and explained the sanctions for failing to do so.